**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL JOHNSON,

       Petitioner,

  v.

**MICHAEL MARTEL, Acting Warden,**

       Respondent.

_____/

No. C 10-00840 CW (PR)

**AMENDED** ORDER GRANTING IN FORMA PAUPERIS STATUS AND DIRECTING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also seeks leave to proceed in forma pauperis.  It does not appear from the face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the following orders:

1.    Petitioner's application to proceed in forma pauperis is GRANTED.

2.    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.[1]  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

3.    Respondent shall file with this Court and serve upon Petitioner, within one-hundred twenty (120) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of

---

[1]  **Michael Martel, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.**

**United States District Court**
For the Northern District of California

1  habeas corpus should not be issued.  Respondent shall file with the

2  Answer a copy of all portions of the relevant state records that

3  have been transcribed previously and that are relevant to a

4  determination of the issues presented by the petition.

5       4.   If Petitioner wishes to respond to the Answer, he shall

6  do so by filing a Traverse with the Court and serving it on

7  Respondent within sixty (60) days of his receipt of the Answer.

8  Should Petitioner fail to do so, the petition will be deemed

9  submitted and ready for decision sixty (60) days after the date

10 Petitioner is served with Respondent's Answer.

11      5.   Respondent may file with this Court and serve upon

12 Petitioner, within sixty (60) days of the issuance of this Order, a

13 motion to dismiss on procedural grounds in lieu of an Answer, as

14 set forth in the Advisory Committee Notes to Rule 4 of the Rules

15 Governing Section 2254 Cases. If Respondent files such a motion,

16 Petitioner shall file with the Court and serve on Respondent an

17 opposition or statement of non-opposition to the motion within

18 sixty (60) days of receipt of the motion, and Respondent shall file

19 with the Court and serve on Petitioner a reply within fifteen (15)

20 days of receipt of any opposition.

21      6.   It is Petitioner's responsibility to prosecute this case.

22 Petitioner must keep the Court and Respondent informed of any

23 change of address and must comply with the Court's orders in a

24 timely fashion.  Petitioner must also serve on Respondent's counsel

25 all communications with the Court by mailing a true copy of the

26 document to Respondent's counsel.

27      7.   Extensions of time are not favored, though reasonable

28 extensions will be granted.  Any motion for an extension of time

must be filed no later than <u>ten (10) days</u> prior to the deadline

sought to be extended.

     IT IS SO ORDERED.

Dated:  6/15/2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

3

**United States District Court**
For the Northern District of California

1 │ UNITED STATES DISTRICT COURT
FOR THE
2 │ NORTHERN DISTRICT OF CALIFORNIA

3

4 │ DARRELL JOHNSON,

Case Number: CV10-00840 CW

Plaintiff,

5 │ **CERTIFICATE OF SERVICE**

v.

6

ALAMEDA COUNTY COURT et al,

7

Defendant.

8 _____ /

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 │ Court, Northern District of California.

That on June 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
11 │ copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
12 │ receptacle located in the Clerk's office.

13

14

Darrell  Johnson F49735
15 │ C-11-222 Up
Mule Creek State Prison
16 │ P.O. Box 409060
Ione,  CA 94640
17

18 │ Dated: June 15, 2010

Richard W. Wieking, Clerk
19 │ By: Nikki Riley, Deputy Clerk

20

21

22

23

24

25

26

27

28

4